**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF ARKANSAS
WESTERN DIVISION**

ROBERT HENSON                                                                                                   PLAINTIFF

v.                                                  NO. 4:09CV00440 JLH

HAWKER BEECHCRAFT CORPORATION
and HAWKER BEECHCRAFT SERVICES, INC.                                                DEFENDANTS

### ORDER

Pending is the Joint Motion to Extend Motion and Status Report Deadlines. For good cause shown and in the interest of justice, the Court grants the motion. Document #14. The motion and status report deadlines are hereby extended up to and including June 4, 2010.

IT IS SO ORDERED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE