**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT HENSON                                                                                           PLAINTIFF

v.                                            NO. 4:09CV00440 JLH

HAWKER BEECHCRAFT CORPORATION
and HAWKER BEECHCRAFT GLOBAL
SUPPORT CORPORATION                                                                      DEFENDANTS

### ORDER

Pending is the Joint Motion to Extend Motion and Status Report Deadlines. For good cause shown and in the interest of justice, the Court grants the motion. Document #16. The motion and status report deadlines are hereby extended up to and including June 7, 2010.

IT IS SO ORDERED this 7th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE