IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROBERT HENSON                                                                          PLAINTIFF

Vs.                                      CASE NO. 4:09cv00440 JLH

HAWKER BEECHCRAFT CORP., et al                                      DEFENDANTS

ORDER

This case is set for a settlement conference, **Wednesday, June 30, 2010, at 9:30**

**a.m.**, in Room 1B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol,

Little Rock, Arkansas, before Magistrate Judge Jerry W. Cavaneau.

**Under General Order No. 54, Denise Hoggard, Kathlyn Graves, Megan Monsour**

**and Terry Mann are authorized to bring electronic devices to the courthouse for this**

**proceeding.  Each authorized party is required to be familiar with the restrictions**

**contained in General Order No. 54, which can be accessed on the Court's website.**

**Each will be required to present a copy of this order upon entry into the building to**

**verify this authorization.**

IT IS SO ORDERED this 30th day of June, 2010.


_____
UNITED STATES MAGISTRATE JUDGE