**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT HENSON                                                                                               PLAINTIFF

v.                                            NO. 4:09CV00440 JLH

HAWKER BEECHCRAFT CORPORATION
and HAWKER BEECHCRAFT GLOBAL
SUPPORT CORPORATION                                                                          DEFENDANTS

**ORDER**

The Court has determined that the trial of this matter scheduled for the week of July 19, 2010, in Little Rock, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 2nd day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE