IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT HENSON                                                                                      PLAINTIFF

v.                                             No. 4:09CV00440 JLH

HAWKER BEECHCRAFT CORPORATION
and HAWKER BEECHCRAFT SERVICES, INC.                                      DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of defendants on all claims. The complaint of Robert Henson is dismissed with prejudice.

IT IS SO ORDERED this 10th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE